# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| BRANDY CHRISTIANSEN and TERRY CHRISTIANSEN,<br>        Plaintiffs,<br>v.<br>JOHN COYLE, STEVEN BEARDSHALL, BARBARA LUND, SEAN MCCARTHY, and DOES 1-10,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:14CV0025 JNP |

    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered

    in favor of Plaintiff Terry Christiansen and against Defendant John Coyle in the amount of $275,000 ($25,000 in compensatory damages and in $250,000 punitive damages);

    in favor of Plaintiff Brandy Christiansen and against Defendant Sean McCarthy in the amount of $10,000 ($5,000 in compensatory damages and $5,000 in punitive damages);

    in favor of Plaintiff Brandy Christiansen and against Defendant John Coyle in the amount of $10,000 ($5,000 in compensatory damages and $5,000 in punitive damages);

    DATED this 27th day of January, 2017.

                                            D. MARK JONES, CLERK OF COURT

                                            By: *[signature]*

                                            Anne W. Morgan, Chief Deputy